IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDDIE WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DALLAS COUNTY JAIL ) | |
| FACILITY, *et al.*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:19-CV-1436-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that the Court issue process as to Plaintiff's equal protection claim against Dallas County Sheriff Marian Brown and that Plaintiff's remaining claims be dismissed. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's equal protection claim against Dallas County Sheriff Marian Brown shall proceed forward.[1] Plaintiff's claim asserted against the Dallas County Jail Facility is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915A and 1915(e). Plaintiff's claim

---

[1] Process shall issue as to Plaintiff's equal protection claim asserted against Sheriff Brown.

against the John Doe Defendants, as well as Plaintiff's medical care claim[2], are hereby

**DISMISSED** without prejudice.

SO ORDERED this 15th day of January, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff concedes that his inadequate medical care claim is duplicative—in that said claim has been previously asserted in civil action no. 3:19-CV-1435-S.

2